UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FERID ALLANI,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 26-mc-80019-RS

**ORDER DENYING MOTION TO COMPEL**

In this miscellaneous matter, plaintiff Ferid Allani seeks an order compelling third party Imran Akhtar Chaudhri to appear for deposition and produce documents under Fed. R. Civ. P. 45, in connection with an underlying action brought by Allani against Apple, Inc., in the Western District of Texas, Civil Action No. 6:24-cv-00304-ADA. Allani filed this matter on January 26, 2026. The record in the underlying case, however, indicates fact discovery closed in November of 2025. See 6:24-cv-00304-ADA, Dkt. No. 18. Although Allani asserts the parties in the underlying case have been in ongoing negotiations to extend (reopen) fact discovery, there is no indication any order to that effect has been entered. Accordingly, this motion to compel is denied as untimely, without prejudice to renewal in the event discovery is subsequently reopened. In any further negotiations for a reopening of discovery, the parties to the underlying action are encouraged to attempt to reach a stipulation as to the appropriate resolution of the issues presented in this motion.

Additionally, in any renewed motion, Allani should address why the result in this matter

should be different than that reached in *In re Herz*, 2026 WL 18785, which involved a similar third-party subpoena arising from the same underlying case.

**IT IS SO ORDERED**.

Dated: March 5, 2026

_____

RICHARD SEEBORG
Chief United States District Judge